JANUARY 6, 1958.

No. 668. GORE *v.* UNITED STATES. Certiorari, 355 U. S. 903, to the United States Court of Appeals for the District of Columbia Circuit. It is ordered that *Joseph L. Rauh, Jr., Esquire,* of Washington, D. C., a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case. It is further ordered that *James H. Heller, Esquire,* of Washington, D. C., a member of the Bar of this Court, be appointed to serve as associate counsel for the petitioner in this case.

No. 2, Original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.; No. 3, Original. MICHIGAN *v.* ILLINOIS ET AL.; and No. 4, Original. NEW YORK *v.* ILLINOIS ET AL. Applications having been made for a reopening and amendment or modification of the decree of April 21, 1930 [281 U. S. 696], it is ordered that the defendants be allowed 45 days from the date of filing said applications in which to file a response or responses. *Stewart G. Honeck,* Attorney General, and *Roy G. Tulane,* Assistant Attorney General, for the State of Wisconsin, *Miles Lord,* Attorney General, and *Melvin J. Peterson,* Deputy Attorney General, for the State of Minnesota, *William Saxbe,* Attorney General, and *Robert E. Boyd,* Assistant Attorney General, for the State of Ohio, *Thomas D. McBride,* Attorney General, and *Lois G. Forer,* Deputy Attorney General, for the State of Pennsylvania, *Thomas M. Kavanagh,* Attorney General, *Samuel J. Torina,* Solicitor General, and *Nicholas V. Olds,* Assistant Attorney General, for the State of Michigan, and *Louis J. Lefkowitz,* Attorney General, and *John R. Davison,* Solicitor General, for the State of New York, applicants-complainants.